IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAURIE GRIZZARD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-00966-E |
| EPICENTRE PARK, PLLC AND DALLAS PLASTIC SURGERY INSTITUTE, INC., | § § § § § | |
| Defendants. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Laurie Grizzard and Defendants EpiCentre Park, PLLC and Dallas Plastic Surgery Institute, Inc. file this Stipulation of Dismissal with Prejudice. Plaintiff and Defendants hereby stipulate that this action shall be dismissed as to all claims asserted by Plaintiff in the above-captioned lawsuit, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: June 14th, 2024

Respectfully submitted,

*/s/ Clay A. Hartmann (w permission)*
Clay A. Hartmann
Texas Bar No. 00790832
THE HARTMANN FIRM
400 N. St. Paul, Suite 1420
Dallas, Texas 75201
Clay.hartmann@thehartmannfirm.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Sean M. McCrory*
Sean M. McCrory
Texas State Bar No. 24078963
smccrory@littler.com
James A. McGehee
Texas State Bar No. 24132520
jmcgehee@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201.2931
Telephone:  214.880.8100
Facsimile:  214.880.0181

**ATTORNEYS FOR DEFENDANTS**

4872-0732-3834.1 / 103994-1003

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - PAGE 1**